No. 71–1255. UNITED STATES *v.* ASH. C. A. D. C. Cir. [Certiorari granted, 407 U. S. 909.] Motion for appointment of counsel granted. It is ordered that Sherman L. Cohn, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 71–575. GOMEZ *v.* PEREZ. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist. [Probable jurisdiction noted, *ante,* p. 920.] Joseph Jaworski, Esquire, of Houston, Texas, a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 70–228. WARDEN, MARYLAND PENITENTIARY *v.* RALPH; and
No. 70–5198. RALPH *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 71–1284. NEW JERSEY *v.* PRESHA ET AL. Sup. Ct. N. J. Certiorari denied.

No. 70–322. IN RE WARREN. Gen. Ct. Justice, Super. Ct. Div., Caswell County, N. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari, vacate judgment below, and remand case for further consideration in light of his opinion dissenting in part in *Morrissey* v. *Brewer, ante,* p. 471, at 491.